El Pueblo de Puerto Rico, demandante y apelado, *v.* Francisco Bauzá, acusado y apelante.

No. 4311.  *Sometido:* Febrero. 5, 1931.  *Resuelto:* Junio 8, 1931.

*Buenaventura Esteves,* abogado del apelante; *R. A. Gómez,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Francisco Bauzá fué denunciado porque habiendo matado con el autocamión que guiaba por una carretera una novilla de Juan Torres, no comunicó los detalles del accidente a la estación de policía más próxima. En el juicio convinieron el Fiscal y el denunciado por su abogado en una estipulación por la que aceptaron que al ocurrir ese accidente y en dicho sitio Bauzá detuvo su vehículo y dió su nombre y número de su placa y manifestó ser el dueño del referido vehículo, pero que no fué al cuartel de la policía más cercano ni a ninguno otro a comunicar los detalles del accidente.

Francisco Bauzá apeló de la sentencia que lo condenó a un dólar de multa y al pago de las costas y alega para sostener su recurso que la corte inferior cometió error al resol-

384

ver que la denuncia imputa un delito y que también erró porque la sentencia es contraria a la ley y a los hechos. Los trata conjuntamente y lo mismo haremos nosotros.

██ La sección de la Ley de Automóviles por cuya violación ha sido condenado el apelante dice así:

"En caso de accidente ocurrido a una persona o propiedad, debido a funcionamiento de un vehículo de motor, la persona que manejare dicho vehículo deberá detenerse a dar su nombre, dirección y el número de su licencia a la persona perjudicada o a cualquier policía o persona autorizada; y si no fuere el dueño del vehículo dará también el nombre y dirección del dueño. También deberá comunicar los detalles de tal accidente a la estación de policía más próxima."

Dice el apelante que la propiedad a que ese precepto hace referencia no puede ser un perro, una gallina, un becerro, etc. Sin embargo, la ley usa la palabra "propiedad" en términos generales y por tanto incluye los inmuebles y muebles, estando comprendidos en los últimos los animales como semovientes.

En cuanto a que no tenía necesidad de acudir al cuartel de la policía más próximo porque en el momento del accidente dió su nombre y número de su placa y manifestó que era dueño del camión, quizá pudiera considerarse cumplido de ese modo el requisito de la ley si esos datos los hubiera suministrado a un policía, mas no en este caso en que no consta a quién suministró tales datos.

*La sentencia apelada debe ser confirmada.*